CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 19 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JONAH J. SOVEREIGN, </br> Plaintiff, | ) </br> ) </br> ) | Civil Action No. 7:15-cv-00546 |
| v. | ) </br> ) </br> ) | **MEMORANDUM OPINION** |
| LESLIE J. FLEMING, </br> Defendant. | ) </br> ) | By: Hon. Jackson L. Kiser </br> Senior United States District Judge |

Jonah J. Sovereign, a Virginia inmate proceeding pro se, filed a motion for a preliminary injunction, which is also construed as a complaint pursuant to 42 U.S.C. § 1983. Plaintiff names Leslie J. Fleming, the Warden of the Wallens Ridge State Prison ("WARSP"), as the only defendant. Plaintiff asks for an injunction to keep the Warden's staff from interfering with any of Plaintiff's efforts to file administrative grievances. I dismiss the complaint without prejudice as frivolous because Plaintiff pursues indisputably meritless legal theories via § 1983 about grievances and Warden Fleming liability for staff's alleged acts or omissions. See, e.g., Neitzke v. Williams, 490 U.S. 319, 327 (1989); see also Monell v. Dep't of Soc. Servs., 436 U.S. 658, 663 n.7 (1978); Adams v. Rice, 40 F.3d 72, 74 (4th Cir. 1994); Fisher v. Washington Metro. Area Transit Author., 690 F.2d 1133, 1142-43 (4th Cir. 1982), abrogated on other grounds by Cnty. of Riverside v. McLaughlin, 500 U.S. 44 (1991).

ENTER: This 19th day of October, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge