CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 19 2015

JULIA C. DUDLEY, CLERK
BY: /s/ M. Stump
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JONAH J. SOVEREIGN,<br>    Plaintiff, | Civil Action No. 7:15-cv-00546 |
| v. | **ORDER** |
| LESLIE J. FLEMING,<br>    Defendant. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), all pending motions are **DENIED** as moot; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 19th day of October, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge